UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-08958-MCS-SSC Date: September 24, 2026

Title Patrick A. Cannavan v. The County of Ventura, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On July 31, 2026, *pro se* Plaintiff Patrick A. Cannavan filed this civil rights actions under 42 U.S.C. § 1983 in the Eastern District of California. (ECF 1.) Along with the complaint, he filed a motion to proceed *in forma pauperis*. (ECF 2.) On August 12, 2026, the case was transferred to this judicial district. (ECF 4.) On August 14, 2026, the Court ordered Plaintiff to file additional information needed to decide Plaintiff's request to proceed *in forma pauperis*. (ECF 6.) Plaintiff was required to file the requested information no later than September 14, 2026. (*Id.*) The deadline to file the requested information has passed, and the Court has not received the information or any other communication from Plaintiff.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-08958-MCS-SSC Date: September 24, 2026

Title Patrick A. Cannavan v. The County of Ventura, et al.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by **October 13, 2026**, why this action should not be dismissed for failure to prosecute and/or comply with a court order. In the event that Plaintiff wishes to voluntarily dismiss this action, Plaintiff may complete and return the enclosed Notice of Dismissal form, CV-09, by **October 13, 2026**.

If Plaintiff files the requested information or pays the filing fee by **October 13, 2026**, this order to show cause will be automatically discharged, and Plaintiff need not respond to it separately.

**Plaintiff is cautioned that failure to file timely a response to this order to show cause, file the requested information, or pay the filing fee will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.**

**IT IS SO ORDERED.**

:

Initials of Preparer **ts**